# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ABELL DIEUDONNE,

    Petitioner,

vs.

WARDEN NEVENS, et al.,

    Respondents.

Case No. 2:13-cv-01395-GMN-CWH

**ORDER**

The court ordered (#6) petitioner to pay the filing fee. Petitioner has not paid the fee within the allotted time. The court will dismiss the action.

Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for petitioner's failure to pay the filing fee. The Clerk of the Court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a Certificate of Appealability is **DENIED**.

**IT IS FURTHER ORDERED** that petitioner's motion for appointment of counsel (#2) is **DENIED as moot**.

**DATED** this 3rd day of December, 2013.

_____
Gloria M. Navarro
United States District Judge