# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

ABELL DIEUDONNE,

    Petitioner,

vs.

WARDEN NEVENS, et al.,

    Respondents.

Case No. 2:13-cv-01395-GMN-CWH

**ORDER**

The court dismissed this action for non-payment of the filing fee. Further investigation has shown that petitioner indeed has paid the filing fee. The court will reinstate the action.

IT IS THEREFORE ORDERED that the order (#8) and the judgment (#9) dismissing this action are **VACATED**. This action is **REINSTATED**.

**DATED** this 10th day of December, 2013.

_____
GLORIA M. NAVARRO
United States District Judge