UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ABELL DIEUDONNE,

    Petitioner,                                   2:13-cv-01395-GMN-CWH

vs.

WARDEN NEVEN, *et al.*,                    **ORDER**

    Respondents.
_____/

    In this habeas corpus action, the respondents have filed a motion for extension of time (ECF No. 32) requesting a 45-day extension of time, to June 22, 2015, to file an answer, responding to the remaining claims in the petition for writ of habeas corpus. This is the first request to extend this deadline. Counsel cites her obligations in other cases, and scheduled leave, as reasons why the extension of time is necessary.

    The court finds that respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

    **IT IS THEREFORE ORDERED** that respondents' motion for extension of time (ECF No. 32) is **GRANTED**. Respondents shall have until and including **June 22, 2015**, to file their answer, responding to the remaining claims in Abell Dieudonne's petition for writ of habeas corpus.

    **IT IS FURTHER ORDERED** that petitioner shall have **45 days** from the date on which the answer is served to file and serve a reply.

    **DATED** this 13th day of May, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court