# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ABELL DIEUDONNE,

    Petitioner,                                         2:13-cv-01395-GMN-CWH

vs.

                                                          **ORDER**

WARDEN NEVEN, *et al.*,

    Respondents.

_____/

       In this habeas corpus action, on June 22, 2015, the respondents filed an answer (ECF No. 34), responding to the remaining claims in the petition for writ of habeas corpus of Abell Dieudonne. Dieudonne's reply to the answer is due on August 10, 2015. *See* Order entered May 13, 2015 (ECF No. 33).

       On June 29, 2015, Dieudonne filed a motion for extension of time (ECF No. 36), requesting a 45-day extension of time.

       Dieudonne characterizes his motion as one for an extension of time to respond to a motion to dismiss. However, there is no motion to dismiss. Dieudonne is to file a reply to respondents' answer (ECF. No. 34).

       Dieudonne cites limited law library access, at the prison where he is incarcerated, as the primary reason he needs the extension of time. The court finds that Dieudonne's motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time Dieudonne requests.

**IT IS THEREFORE ORDERED** that petitioner's motion for extension of time (ECF No. 36) is **GRANTED**. Petitioner shall have until and including **September 24, 2015**, to file and serve a reply to respondents' answer.

**DATED** this 6th day of July, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court