UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ABELL DIEUDONNE,

    Petitioner,                                        2:13-cv-01395-GMN-CWH

vs.

                                                    **ORDER**

WARDEN NEVEN, *et al.*,

    Respondents.

_____/

On May 9, 2016, in this habeas corpus case brought pro se by Nevada prisoner Abell Dieudonne, the Court denied Dieudonne habeas corpus relief and denied him a certificate of appealability (ECF No. 40), and judgment was entered (ECF No. 41).

On May 20, 2016, Dieudonne filed a motion (ECF No. 42), requesting an extension of time to file a notice of appeal. Respondents filed an opposition to that motion on May 23, 2016 (ECF No. 43).

A notice of appeal from a district court's judgment denying a habeas petition must be filed within 30 days after the date of the judgment. Fed.R.App.P. 4(a)(1); *Malone v. Avenenti*, 850 F.2d 569, 571 (9th Cir. 1988). Under Federal Rule of Appellate Procedure 4(a)(5), the appellant may obtain an extension of the time to file a notice of appeal upon a showing of good cause or excusable neglect. *See* Fed.R.App.P. 4(a)(5). Such a motion must be filed no later than 30 days after the expiration of the original deadline for the notice of appeal. *See id*.

In this case, Dieudonne's motion for extension of the time for his notice of appeal is plainly timely; it was filed only 11 days after the judgment was entered, and, therefore, within the initial 30-day time period for his notice of appeal.

The advisory committee notes regarding Federal Rule of Appellate Procedure 4(a)(5) make clear that the "good cause" standard is applicable to motions for extension of time filed within the initial thirty-day period for filing a notice of appeal. *See* Fed. R.App. P. 4(a)(5), Advisory Committee's Notes to 1979 Amendment. Dieudonne points out that he is a prisoner litigating this action pro se, and he requests the extension of time so that he may research what options are available to him. The Court finds that Dieudonne shows good cause for the extension of time he requests.

**IT IS THEREFORE ORDERED** that petitioner's Motion for Extension of Time (ECF No. 42) is **GRANTED**. The time for petitioner to file a notice of appeal from the judgment in this action is extended by 30 days, to **July 8, 2016**.

Dated this 10th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE